428 A.2d 248

Commonwealth ex rel. Mazis v. Mazis, Appellant.
Reargument Denied Aug. 19, 1980.

Argued December 4, 1979. Jules N. Mazis, appellant, in propria persona; Albert Ring, for appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

The order of the lower court is hereby affirmed.